Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 12 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREEN GIANT MARKETING AND SALES doing business as GIANT CONSTRUCTION, et al,<br><br>    Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**NOTICE OF FILING OF DECLARATION OF LEAD TRIAL COUNSEL/PARTY PROCEEDING PRO SE** |

  Plaintiff, Jorge Alejandro Rojas, pursuant to this Court's November 7, 2023 Standing Order, Dkt. 8, files the attached Exhibit 1, "Declaration of Trial Counsel."

  Plaintiff proceeds pro se and without counsel in this action. Plaintiff is a registered CM/ECF user. By separate filing which will be made on November 7, 2023, Plaintiff will file an Application for Pro Se E-Filing Permissions in this case. Plaintiff's E-Mail address of record is rojas.jorge96@gmail.com. Plaintiff has read the Court's Standing Order and the Local Rules.

/ / /

Respectfully submitted,

Dated: November 12, 2023

_____

/s/ Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

Plaintiff will mail this document to Defendants' registered agent and/or last known address via USPS First Class Mail.

Dated: November 12, 2023

_____

/s/ Jorge Alejandro Rojas