Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,
Plaintiff,

v.

GREEN GIANT MARKETING AND SALES doing business as GIANT CONSTRUCTION, et al,

Defendants.

Case No. 2:23-cv-09276-JFW-MAA

**DECLARATION OF JORGE ALEJANDRO ROJAS**

I, Jorge Alejandro Rojas, declare as follows:

1. My name is Jorge Alejandro Rojas, and am an adult over the age of 18, of sound mind.
2. I write this Declaration in support of my “Declaration of Lead Trial Counsel” required by the Court’s Standing Order.
3. If called to testify concerning the contents of this Declaration, I will be able to do so.
4. I proceed pro se and without counsel in this action.
5. I am a registered CM/ECF user.

6. By separate filing which will be made on November 12, 2023, I will file an Application for Pro Se E-Filing Permissions in this case.
7. My E-Mail address of record is rojas.jorge96@gmail.com.
8. I have read the Court's Standing Order and the Local Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2023, in Bolingbrook, IL.

Jorge Alejandro Rojas