UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>        Plaintiff,<br><br>    v.<br><br>Green Giant Marketing and Sales, et al.<br><br>        Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION PERMISSION FOR ELECTRONIC FILING [DKT. ___]** |

    On November 12, 2023, Plaintiff filed an Application for Permission for Electronic Filing.

    The court, having considered Plaintiffs Application and finding good cause therefor, hereby GRANTS the Application.

    IT IS SO ORDERED.

Dated: _____           _____
                                                John F. Walter
                                        United States District Judge

**LODGED**
CLERK, U.S. DISTRICT COURT
NOV 12 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____rsm____ DEPUTY