Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**FILED**
CLERK, U.S. DISTRICT COURT

NOV 12 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS,

    Plaintiff,

v.

Green Giant Marketing and Sales, et al.,

    Defendants.

Case No. 2:23-cv-09276-JFW-MAA

**CERTIFICATE OF SERVICE AS TO APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

    I, Jorge Alejandro Rojas, certify that mailed a copy of Plaintiff's Application for Permission for Electronic Filing to Defendant via USPS First Class Mail to Defendants registered agent and last known address on the same day as I submitted the document via EDSS.

    Dated: November 12, 2023

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

-1-