# EXHIBIT 1

# EXHIBIT 1

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, OWNER OF TELEPHONE NUMBER 310-304-0197, OWNER OF TELEPHONE NUMBER 310-304-1968, OWNER OF TELEPHONE NUMBER 310-304-0194, OWNER OF TELEPHONE NUMBER 323-238-4393, and OWNER OF TELEPHONE NUMBER 310-304-1972,<br><br>　　　　　　　Defendants. | Case No. 2:23-CV-04274-SVW-PVC<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF SECOND EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO DETERMINE IDENTITY OF DEFENDANTS** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.
2. I make the statements in this declaration in support of Plaintiff's Second Ex Parte Application for Subpoena Duces Tecum to Determine Identity of Defendants.

3. My telephone number of 424-219-1582 is a residential cellular telephone number, and has been registered on the National Do Not Call Registry since on or around January 18, 2008.

4. When I first began this action, I named the Defendants based on representations verbally provided to me by the callers – including providing a website owned or operated by Green Giant Marketing and Sales and/or its officer Niev Jonathan Levy.

5. After commencing the action, Mr. Levy contacted me, stating amongst other things that he was not doing business operations during the time period alleged in the Complaint.

6. In my experience, at times individuals impersonate other entities when performing telemarketing activities, in part at times to avoid identification and TCPA liability.

7. The telephone calls alleged in the Amended Complaint ("AC", Dkt. 16), were made to my telephone number of 424-219-1582, for the purpose of soliciting home construction services, for a property I previously resided at, located in Torrance, California.

8. During at least the first call alleged in the AC, I made a verbal do not call request to the representative.

9. A search of the website https://freecarrierlookup.com has identified that the carrier for telephone number 310-304-0173, identified in Call 1 of the AC, is Sinch Voice. Sinch Voice is one of several entities that are a part of the same company, with a parent entity of Onvoy, LLC. https://www.sinch.com/sites/default/files/file/2023-05/Civil-Subpoena-Policy-2023-05.pdf.

10. Call 1 took place on or about September 7, 2023, to my telephone number of 424-219-1582, from a telephone number of 310-304-0173, and appeared as "Scam Likely." I made a verbal do not call request during the call. During the call, I spoke with a representative who identified himself as being "Ben" with "Great Builders" who was seeking homeowners who wanted construction work done on their homes.

11. A search of the website https://freecarrierlookup.com has identified that the carrier for telephone number 310-304-0197, identified in Call 2 of the AC, is Sinch Voice. Sinch Voice is one of several entities that are a part of the same company, with a parent entity of Onvoy, LLC. https://www.sinch.com/sites/default/files/file/2023-05/Civil-Subpoena-Policy-2023-05.pdf.

12. Call 2 took place on or about October 5, 2023, to my telephone number of 424-219-1582, from a telephone number of 310-304-0197. During the call, I spoke with a representative who identified himself as being "Kevin" with "Great Builders" who was seeking homeowners who wanted construction work done on their homes. Prior to speaking with Kevin, and before being connected to him, I heard a longer than natural pause which included me stating a greeting several times prior to being connected to someone.

13. A search of the website https://freecarrierlookup.com has identified that the carrier for telephone number 310-304-1968, identified in Call 3 of the AC, is Sinch Voice. Sinch Voice is one of several entities that are a part of the same company, with a parent entity of Onvoy, LLC. https://www.sinch.com/sites/default/files/file/2023-05/Civil-Subpoena-Policy-2023-05.pdf.

14. Call 3 took place on or about October 20, 2023, to my telephone number of 424-219-1582, from a telephone number of 310-304-1968. I missed this call. I called back the telephone number 310-304-1968 on November 2, 2023, from my telephone number, and heard a song play as a hold tone, which was the same song play as a hold done as when I called back the telephone number displayed in my caller ID in call 1 on November 2, 2023.

15. A search of the website https://currentcarrierlookup.com has identified that the carrier for telephone number 310-304-0194, identified in Call 4 of the AC, is Neutral Tandem. Neutral Tandem is one of several entities that are a part of the same company, with a parent entity of Onvoy, LLC.

https://www.sinch.com/sites/default/files/file/2023-05/Civil-Subpoena-Policy-2023-05.pdf.

16. Call 4 took place on or about October 20, 2023, to my telephone number of 424-219-1582, from a telephone number of 310-304-0194. During the call, I spoke with a representative who identified herself as being with "Giant Builders" who was seeking homeowners who wanted construction work done on their homes in Torrance – and that they had offices located in Los Angeles and Seattle. I advised the female I was not interested.

17. A search of the website https://www.numlookup.com/report has identified that the carrier for telephone number 323-238-4393, identified in Call 5 of the AC, is Commio LLC.

18. Call 5 took place on or about October 26, 2023, to my telephone number of 424-219-1582, from a telephone number of 323-238-4393. During the call, I spoke with a representative who identified himself as "Jesse" as being with "Great Builders" who was seeking homeowners who wanted construction work done on their homes in Torrance. I heard a longer than natural pause which included me stating a greeting several times prior to being connected to someone. During the call, I was told that I would get a call back from a "Zack" or "Todd." I was able to call back 323-238-4393 and was connected to someone that stated they were a "Home and Care" company that did construction work and refused to provide another company name.

19. A search of the website https://currentcarrierlookup.com has identified that the carrier for telephone number 310-304-1972, identified in Call 7 of the AC, is Neutral Tandem. Neutral Tandem is one of several entities that are a part of the same company, with a parent entity of Onvoy, LLC. https://www.sinch.com/sites/default/files/file/2023-05/Civil-Subpoena-Policy-2023-05.pdf.

20. Call 7 took place on or about November 2, 2023, to my telephone number of 424-219-1582, from a telephone number of 310-304-1972. During the call, I spoke with

-4-

a representative who identified himself as "Willy" as being with "Giant Builders" who connected me to a "Zack" when I asked for more information about the company that was calling, who was seeking homeowners who wanted construction work done on their homes in Torrance. Ultimately, Zack stated in sum and substance, to the effect of "Oh my god. It's you again. Oh my god. You Guys. George [sic] Rojas, he asks a billion questions, and we don't want him as a customer." During this call, I was provided a website of giantconstruction.com, which based on the representations of the owner of that website, is not the telemarketer.

21. During the telephone calls, which were made to solicit services of construction companies to perform work for a home Plaintiff lived in until approximately 2014, Plaintiff would attempt to ask the caller what company they were calling on behalf of, and ask for websites, license numbers, etc. The callers would always state that the individual that would come to the home – if an appointment would be made – would provide all that information. The representatives would otherwise refuse to provide the information over the telephone. I would either inform the representative that I was not interested, that I did not wish to be called, or that I would need to know who it was performing the work before deciding to engage any services.

22. Some of the telephone numbers are identified by other carrier names than Onvoy, LLC on carrier search websites. Onvoy, LLC, is the parent entity of several other communication companies, and based upon e-mails I have had with Onvoy, LLC, Onvoy, LLC is the proper entity to name in a subpoena if the telephone number is part of one of its subsidiary entities.

23. The necessity behind the subpoenas requested is because despite engaging with the telemarketers during some of the telephone calls, the information provided by them to me has thus far been inaccurate or missing. For example, they provided a website of a company that has purportedly not been engaging in operations during the time alleged in the Complaint. Alternatively, during the telephone calls, the agents would state things to the effect of that they would provide all the information about the

company that was calling when they sent someone to the residence to perform the work. For example, I would ask the caller for a website, company name, call back number, address, license number, and would be provided either wrong information or insufficient information.

24. I believe that I have sufficiently identified the Doe defendant with sufficient specificity as a real person who can be sued – because after subpoena returns are obtained, the entity or individuals can be named in an amended complaint. The address information provided by the future defendants to their telecommunications company would also aid in service of process.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2024, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas