# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>      Plaintiff,<br><br>  v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, et al.,<br><br>      Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**[PROPOSED] ORDER GRANTING SECOND EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO DETERMINE IDENTITY OF DEFENDANTS [ECF NO. ___]** |

  On January 4, 2024, Plaintiff filed a Second Ex Parte Application for Subpoena Duces Tecum to Determine Identity of Defendants.

  Plaintiff seeks to issue subpoenas identified as Exhibit 2 and Exhibit 3 to his Application, to Onvoy, LLC and Commio, LLC.

  The Court, having considered Plaintiff's application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows

1. Plaintiff may issue the subpoenas identified in Exhibit 2 and Exhibit 3 of his Application.

2. Plaintiff shall notify any respondent to the subpoena that customer notification prior to production of a subpoena return is required.

3. Plaintiff shall provide any respondent to the subpoena a copy of this order.

IT IS SO ORDERED.

Dated:

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE