Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                    Plaintiff,<br><br>       v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, OWNER OF TELEPHONE NUMBER 310-304-0197, OWNER OF TELEPHONE NUMBER 310-304-1968, OWNER OF TELEPHONE NUMBER 310-304-0194, OWNER OF TELEPHONE NUMBER 323-238-4393, and OWNER OF TELEPHONE NUMBER 310-304-1972,<br><br>                    Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>District Judge John F. Walter<br>Magistrate Judge Maria A. Audero<br><br>**DISCOVERY MATTER**<br><br>**DISCOVERY STATUS REPORT** |

Plaintiff, Jorge Alejandro Rojas, pursuant to this Court's January 5, 2024 Order (Dkt. 20), files this status report concerning the early discovery authorized in this case. On January 5, 2024, this Court authorized early, limited discovery to identify the identities of Defendants. Dkt. 20.

**A. The Status of Service of the Discovery Requests**

Following this Court's Order, Plaintiff submitted the subpoenas for the Clerk's signature on January 8, 2024. Dkts. 21, 22. Plaintiff followed up concerning their issuance on January 26, 2024, and they were issued that day. As to the subpoena directed at Commio, LLC, Plaintiff served the subpoena on January 29, 2024, and the compliance deadline is February 21, 2024. As to the subpoena directed at Onvoy, LLC, the subpoena was served on January 30, 2024 and the compliance deadline is February 22, 2024.

**B. Information Received in Response to the Requests**

Plaintiff has not yet received subpoena returns.

**C. Communications between Plaintiff and the Parties Identified**

No parties have been identified and no communications regarding the action have taken place.

**D. If the matter has been served or resolved as to any party**

This matter has not yet been served or resolved as to any party. Plaintiff will seek to amend the First Amended Complaint upon identifying the proper indispensable part(ies).

. . .

Plaintiff anticipates filing renewed subpoena applications once the carriers he is awaiting subpoena returns from identify the next carrier in the chain of ownership.

Respectfully submitted,

Dated: February 5, 2024

/s/ *Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

As no Defendant has been identified, this filing is not being served on any Defendant.

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS