# EXHIBIT 1

# EXHIBIT 1

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, OWNER OF TELEPHONE NUMBER 310-304-0197, OWNER OF TELEPHONE NUMBER 310-304-1968, OWNER OF TELEPHONE NUMBER 310-304-0194, OWNER OF TELEPHONE NUMBER 323-238-4393, and OWNER OF TELEPHONE NUMBER 310-304-1972,<br><br>Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF THIRD EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO DETERMINE IDENTITY OF DEFENDANTS** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.

2. I make the statements in this declaration in support of Plaintiff's Third Ex Parte Application for Subpoena Duces Tecum to Determine Identity of Defendants.

-1-

3. This declaration supplements my prior declaration submitted in this case, dated January 4, 2024, which was made in support of my prior application for subpoenas.

4. On February 13, 2024, Onvoy, LLC disclosed responsive records to the subpoena issued by this Court. Onvoy, LLC identified that the customer for all five target telephone numbers, 3103040173 on 9/7/23, 3103040197 on 10/5/23, 3103041968 on 10/20/23, 3103040194 on 10/20/23, and 3103041972 on 11/2/23, is Call Tools, Inc, located at 16842 Von Karman Ave STE 475 Irvine, CA 92606 or 530 Technology Drive Suite 100, Irvine, CA 92618.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2024, in Bolingbrook, IL.

Jorge Alejandro Rojas