1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>               Plaintiff,<br><br>        v.<br><br>OWNER OF TELEPHONE NUMBER<br>310-304-0173, et al.,<br><br>               Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**[PROPOSED] ORDER GRANTING THIRD EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO DETERMINE IDENTITY OF DEFENDANTS [ECF NO. ___]** |

On February 17, 2024, Plaintiff filed a Third Ex Parte Application for Subpoena Duces Tecum to Determine Identity of Defendants.

Plaintiff seeks to issue the subpoena identified as Exhibit 2 to his Application, to Call Tools, Inc.

The Court, having considered Plaintiff's application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Plaintiff may issue the subpoena identified in Exhibit 2 of his Application.

2. Plaintiff shall notify the respondent to the subpoena that customer notification prior to production of a subpoena return is required.

/ / /

-1-

3. Plaintiff shall provide the respondent to the subpoena a copy of this order.

IT IS SO ORDERED.

Dated: _____

                                        HON. MARIA A. AUDERO
                                        UNITED STATES MAGISTRATE JUDGE