**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**[PROPOSED] ORDER GRANTING FOURTH EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO DETERMINE IDENTITY OF DEFENDANTS [ECF NO. ___]** |

　　　On February 23, 2024, Plaintiff filed a Fourth Ex Parte Application for Subpoena Duces Tecum to Determine Identity of Defendants.

　　　Plaintiff seeks to issue the subpoena identified as Exhibit 2 to his Application, to Call Tools, Inc.

　　　The Court, having considered Plaintiff's application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

　　　1. Plaintiff may issue the subpoena identified in Exhibit 2 of his Application.

　　　2. Plaintiff shall notify the respondent to the subpoena that customer notification prior to production of a subpoena return is required.

　　　/ / /

3. Plaintiff shall provide the respondent to the subpoena a copy of this order.

IT IS SO ORDERED.

Dated:

                                          HON. MARIA A. AUDERO
                                          UNITED STATES MAGISTRATE JUDGE