Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, OWNER OF TELEPHONE NUMBER 310-304-0197, OWNER OF TELEPHONE NUMBER 310-304-1968, OWNER OF TELEPHONE NUMBER 310-304-0194, OWNER OF TELEPHONE NUMBER 323-238-4393, and OWNER OF TELEPHONE NUMBER 310-304-1972,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>District Judge John F. Walter<br>Magistrate Judge Maria A. Audero<br><br>**NOTICE OF MOTION;**<br>**FIRST MOTION FOR EXTENSION**<br>**OF TIME TO SERVE DEFENDANTS**<br><br>Hearing: April 8, 2024, 1:30 PM<br>First Street Courthouse<br>350 W. 1st Street, Courtroom 7A<br>Los Angeles, California 90012 |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN, that Plaintiff, Jorge Alejandro Rojas, will bring on for hearing this Motion for Extension of Time to Serve Defendants, before the Honorable John F. Walter, or whomever may be sitting in his stead, on April 8, 2024, at 1:30 PM, or as soon as possible thereafter as he may be heard, at the First Street Courthouse 350 W. 1st Street, Courtroom 7A, Los Angeles, California 90012.

-1-

**MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 4(m), moves this Court for a brief ninety (90) day extension of time within which to serve Defendants, from the current deadline of February 28, 2024 to May 28, 2024. Plaintiff has been unable to confer with any defendant prior to the filing of this motion, and is unaware of any counsel for the same, because no Defendant has been identified yet.

This is an action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, alleging Defendants violated the TCPA by making telephone calls to the Plaintiff without his consent and while being on the National Do Not Call Registry.

Plaintiff is currently in the process of identifying the proper indispensable entities which should be named in this action. The Court has granted the issuance of early discovery subpoenas (Dkts. 20, 25, 28), and Plaintiff is in the process of obtaining them from the Clerk. These subpoenas are necessary in order to identify the proper defendants. As set forth in Plaintiff's discovery motions and accompanying declarations, Plaintiff has been unable to identify the identities of the callers and is using the subpoenas to identify this information from the telecommunications carriers.

Plaintiff is filing status reports (Dkt. 23) concerning the early discovery pursuant to Court order (Dkt. 20, 25, 28). Once Plaintiff obtains the subpoena returns which identify the proper defendant, Plaintiff will move this Court to file a second amended complaint.

Plaintiff seeks this brief extension of time to allow time to identify the proper Defendants. Plaintiff apologizes for not seeking the extension of time prior to it lapsing. Plaintiff has diligently worked to obtain the subpoenas – having filed an amended Complaint on November 30, 2023, and seeking the subpoenas beginning December 23, 2023. The Court denied the first set on December 28, 2023, and Plaintiff promptly corrected the issues on January 4, 2024, and the Court granted the first set of subpoenas the next day on January 5, 2024. Plaintiff received the subpoenas from the Clerk on January 26, 2024, and promptly served them thereafter.

This is the first such extension requested, and will not prejudice any party and is not meant for the purpose of delay. This case is still in an early stage. Defendants will still have an option to answer the operative complaint via pleading or motion, and following identification of the proper Defendants, Plaintiff will expeditiously move the Court to file an amended complaint and following the resolution of that motion, serve the propert Defendants.

Plaintiff respectfully requests the Court extend the deadline to serve Defendants to and including May 28, 2024. A proposed order consistent with the relief requested is included with this motion.

Dated: March 3, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

### CERTIFICATE REGARDING CONFERRAL

Plaintiff is unaware of counsel for any Defendant because no Defendant has been identified.

Dated: March 3, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas

### CERTIFICATE OF SERVICE

This filing will not be mailed to any Defendant because they have not yet been identified.

Dated: March 3, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas

/ / /

-3-

## **L.R. 11-6.1 CERTIFICATE OF COMPLIANCE**

The undersigned, Plaintiff Jorge Alejandro Rojas, certifies that this brief contains 767 words, based upon Microsoft Word's calculation, which complies with the word limit of L.R. 11-6.1.

Dated: March 3, 2024.

/s/ *Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS