## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>              Plaintiff,<br><br>     v.<br><br>OWNER OF TELEPHONE NUMBER 310-304-0173, et al.,<br><br>              Defendants. | Case No. 2:23-cv-09276-JFW-MAA<br><br>**[PROPOSED] ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS [ECF NO. ___]** |

On March 3, 2024, Plaintiff filed a First Motion for Extension of Time to Serve Defendants.

Plaintiff seeks to extend the time to serve Defendants from February 28, 2024 to May 28, 2024.

The Court, having considered Plaintiff's motion, and finding good cause therefor, hereby GRANTS the motion and ORDERS as follows:

/ / /

1. Plaintiff's deadline to serve Defendants is extended to and including May 28, 2024.

IT IS SO ORDERED.

Dated:

                                         HON. JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE