# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 23-9276-JFW(MAAx)** | Date: April 4, 2024 |
| Title: | Jorge Alejandro Rojas -v- Green Giant Marketing and Sales, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:** None

**ATTORNEYS PRESENT FOR DEFENDANTS:** None

**PROCEEDINGS (IN CHAMBERS):** **ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS [filed 3/3/2024; Docket No. 30]**

On March 3, 2024, Plaintiff Jorge Alejandro Rojas ("Plaintiff"), pro se, filed a First Motion for Extension of Time to Serve Defendants. No Opposition was filed. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for April 8, 2024 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

Federal Rule of Civil Procedure 4(m) provides in relevant part:

If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Although more than 90 days have passed since Plaintiff filed his Complaint, Plaintiff has shown good cause for his failure to serve defendants. Accordingly, Plaintiff's First Motion for Extension of Time to Serve Defendants is **GRANTED**. Plaintiff shall serve all defendants on or before **May 28, 2024.**

IT IS SO ORDERED.