1
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
2
Plaintiff in Pro Se
3
557 Cambridge Way
Bolingbrook, IL 60440
4
424-219-1582
5

6

7

8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10

11
JORGE ALEJANDRO ROJAS,

12
                              Plaintiff,
13
        v.

14

15
OWNER OF TELEPHONE NUMBER
310-304-0173, OWNER OF TELEPHONE
16
NUMBER 310-304-0197, OWNER OF
17
TELEPHONE NUMBER 310-304-1968,
OWNER OF TELEPHONE NUMBER
18
310-304-0194, OWNER OF TELEPHONE
19
NUMBER 323-238-4393, and OWNER
OF TELEPHONE NUMBER 310-304-
20
1972,
21

22
                              Defendants.

Case No. 2:23-cv-09276-JFW-MAA

District Judge John F. Walter
Magistrate Judge Maria A. Audero

**DISCOVERY MATTER**

**DISCOVERY S`TATUS REPORT**

23
        Plaintiff, Jorge Alejandro Rojas, pursuant to this Court's January 5, 2024 Order (Dkt.
24
20), files this status report concerning the early discovery authorized in this case. On
25
January 5, 2024, this Court authorized early, limited discovery to identify the identities of
26
Defendants. Dkt. 20.
27
    **A. The Status of Service of the Discovery Requests**
28

-1-

1  Plaintiff has recently received responsive records from the latest batch of the
2  subpoenas, directed at Call Tools, Inc.

### B. Information Received in Response to the Requests

4  The responsive records identify a company titled Digital Vision, LLC and an
5  individual named Ron Vered as owning the telephone numbers which are involved in the
6  telemarketing activity. The billing records also identify an address which belongs to Green
7  Empire Builder, Inc.

### C. Communications between Plaintiff and the Parties Identified

9  Plaintiff, after receiving the responsive records, has attempted to contact Mr. Vered,
10 but the number no longer works. Plaintiff has contacted Green Empire Builder, Inc, and
11 Plaintiff is further investigating his claims. The owner of Green Empire Builder, Inc has
12 stated he knows Mr. Vered but that he believes he is no longer within the United States.

### D. If the matter has been served or resolved as to any party

14 This matter has not yet been served or resolved as to any party. Plaintiff is in the
15 process of attempting to obtain additional contact information for Digital Vision, LLC and
16 Green Empire Builder Inc prior to bringing a motion to amend the operative complaint.
17 Plaintiff is also evaluating whether to bring a motion for an additional set of subpoenas,
18 directed at Google, for additional information concerning the email registered with Call
19 Tools, Inc, given that the number on file for Mr. Vered is disconnected. Plaintiff anticipates
20 filing either motion within the next fifteen (15) calendar days.

21 Respectfully submitted,

22 Dated: April 5, 2024

23 /s/ Jorge Alejandro Rojas
   JORGE ALEJANDRO ROJAS
24 Rojas.jorge96@gmail.com
   Plaintiff in Pro Se
25 557 Cambridge Way
   Bolingbrook, IL 60440
26 (424) 219-1582

27

28

1

**CERTIFICATE OF SERVICE**

2

As no Defendant has been identified, this filing is not being served on any

3

Defendant.

4

5

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28